UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EHAB MOHAMED | CIVIL ACTION |
| VERSUS | NO. 14-2903 |
| SETH SMITH, WARDEN | SECTION "N"(5) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Ehab Mohamed for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 23rd day of September, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE